IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02238-REB-KLM

RANDEL NELSON, and
JUANITA NELSON,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation doing business as American Family Insurance,
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a foreign corporation doing business as American Family Insurance, and
JOHN DOE NO. 1, whose true name is unknown,

      Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant American Family Mutual Insurance Company's **Unopposed Motion for Protective Order Regarding Confidential Documents Sought Through Discovery and Depositions** [#18] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#18-2] supplied by Defendant American Family Mutual Insurance Company is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  June 12, 2014