IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02238-REB-KLM

RANDEL NELSON, and
JUANITA NELSON,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation doing business as American Family Insurance,
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, a foreign corporation doing business as American Family Insurance, and
JOHN DOE NO. 1, whose true name is unknown,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Unopposed First Motion to Modify the Scheduling Order** [#22] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED in part**. The 45-day extension of deadlines which the parties seek does not permit enough time for resolution of dispositive motions after full briefing and prior to trial set for January 12, 2015. Instead, the Court will permit only a two-week extension of the deadlines. Thus, the Scheduling Order [#15] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **July 29, 2014**
- Rebuttal Expert Disclosure Deadline        **August 29, 2014**
- Discovery Deadline                         **September 12, 2014**
- Dispositive Motions Deadline               **October 14, 2014**

The parties may seek further extensions of these deadlines, except that the Court will not permit further extension of the dispositive motions deadline.

      Dated: June 23, 2014