## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-02238-REB-KLM

RANDEL NELSON, and
JUANITA NELSON,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation doing business as American Family Insurance, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, John Doe No 1, whose true name is unknown, a foreign corporation doing business as American Family Insurance,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#26][1] filed July 25, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#26] filed July 25, 2014, is **APPROVED**;

      2.  That the combined Final Pretrial Conference and the Trial Preparation

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Conference set December 29, 2014, are **VACATED**;

      3.  That the jury trial set to commence January 12, 2015, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated July 28, 2014, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge